IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRANK FIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>LAKE COUNTY BOARD OF SUPERVISORS ET AL,<br><br>    Defendant._____/ | No. C 10-03953 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND AND VACATING DATES** |

    The Court is in receipt of a motion seeking leave to amend filed by pro se Plaintiff Ronald Fidge. Plaintiff's motion was filed more than 21 days after Defendant Lake County filed its Motion to Dismiss, and so requires leave from the Court. See Fed. R. Civ. Proc. 15(a). The Court has learned that Defendant does not oppose Plaintiff's motion. For that and other reasons, the Court GRANTS Plaintiff's motion. Plaintiff must file an amended complaint by **Monday, February 14, 2011.** Defendant's Motion to Dismiss, now calendared for January 21, 2011, is hereby VACATED. The Case Management Conference now calendared for January 14, 2011 is hereby VACATED and RE-SET for April 15, 2011

//

//

//

at the same time and place.

**IT IS SO ORDERED.**

Dated: January 11, 2011

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE