IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FIDGE, | No. C 10-03953 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LAKE COUNTY BOARD OF SUPERVISORS ET AL., | |
| Defendants. | |

Having dismissed Plaintiff's case with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3953\judgment.wpd